UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAYLAH MARSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| THE UNIVERSITY ON NORTH CAROLINA AT WILMINGTON, | ) | 7:21-CV-189-BO |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion for judgment on the pleadings and plaintiffs motion for leave to amend the complaint. The appropriate responses and replies have been filed, or the time for doing so has expired.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for judgment on the pleadings [DE 14] is GRANTED and plaintiff's motion to amend [DE 22] is DENIED. This case is closed.

**This judgment filed and entered on August 22, 2022, and served on:**
Andrew Miltenberg (via CM/ECF NEF)
Emilia Beskind (via CM/ECF NEF)
Gabrielle Vinci (via CM/ECF NEF)
Jay Ferguson (via CM/ECF NEF)
Alex Hagan (via CM/ECF NEF)
Dixie Thomas Wells (via CM/ECF NEF)
Jeremy Falcone (via CM/ECF NEF)
Thomas Spears (via CM/ECF NEF)
Kimberly Potter (via CM/ECF NEF)

August 22, 2022

PETER A. MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk